IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03244-KLM

EMILY BOSCOE CHUNG,

    Plaintiff,

v.

TIMOTHY J. LAMB, and
TIMOTHY J. LAMB, P.C.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Second Motion to Vacate and Reschedule Scheduling Conference** [#8] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 19, 2015 at 9:30 a.m. is **VACATED** and **RESET** to **August 6, 2015** at **9:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **July 30, 2015**.

    Dated: June 16, 2015