IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03244-KLM

EMILY BOSCOE CHUNG,

    Plaintiff,

v.

TIMOTHY J. LAMB, and
TIMOTHY J. LAMB, P.C.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Second Status Report and Motion to Extend Deadline for Proposed Scheduling Order and Resetting of Scheduling Conference** [#20] (the "Motion"). Plaintiff also filed a Notice of Error [#21] with respect to the Motion [#20]. Despite the imminence of the Scheduling Conference set for September 16, 2015, and Plaintiff's assertion that Defendants oppose the Motion, Defendants have not filed a Response.

    It is unclear why the parties were unable to timely file the proposed scheduling order, which was due on September 9, 2015. It is equally unclear why Defendants' counsel (according to Plaintiff's counsel) "asserted that in practice the parties were not required to comply" with the deadline to file the proposed scheduling order. *Motion* [#20] at 1. The Court is also puzzled by Plaintiff's assertion that the timing of the filing of the proposed scheduling order should somehow be premised on or altered by the briefing schedule of the Motion to Dismiss [#18]. *Id.* at 3. Finally, the Court rejects Plaintiff's suggestion that the Court might accept submission of the proposed scheduling order at the Scheduling Conference itself, as this does not permit the Court to review the document in order to discuss with the parties any necessary revisions. *Id.* at 5. Regardless, the Court will briefly continue the Scheduling Conference in order to allow the parties time to submit the proposed scheduling order.

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 16,

2015 at 10:00 a.m. is **VACATED** and **RESET** to **September 23, 2015** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

   IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **September 16, 2015**.  **No further extensions of this deadline will be granted absent exceptional cause.**

   Dated:  September 14, 2015